# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA BOOTH DOGRA, as Assignee of the Claims of SUSAN HIROKO LILES; JAY DOGRA, as Assignee of the Claims of SUSAN HIROKO LILES,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:14-cv-01841-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiffs' Motion to File a Supplement to Their Motion to Compel (ECF No. 56), filed on November 3, 2016. Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to File a Supplement to Their Motion to Compel (ECF No. 56) is **denied**.

DATED this 4th day of November, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge